# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIEL BALDWIN DUNLAP AND
MARGARET A. DUNLAP

NO.  2022 CW 0387

VERSUS

EMPIRE TRADING GROUP, LLC,
YOUR HOME PROS REALTY,
VICTORIA HONEYCUTT, KAITLIN
COX, KELLER WILLIAMS REALTY-
GREATER BATON ROUGE, ABC
INSURANCE COMPANY, DEF
INSURANCE COMPANY, AND XYZ
INSURANCE COMPANY

SEPTEMBER 23, 2022

---

In Re:    Empire Trading Group, L.L.C., applying for supervisory
          writs, 21st Judicial District Court, Parish of
          Livingston, No. 163360.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT GRANTED.** The district court's October 6, 2021
judgment denying the motion for summary judgment filed by
Defendant, Empire Trading Group, L.L.C., is hereby reversed.
Empire met its initial burden on summary judgment. Thereafter,
the burden shifted to Plaintiffs to produce factual support
sufficient to establish the existence of a genuine issue of
material fact or that the mover is not entitled to judgment as a
matter of law. La. Code Civ. P. art. 966(D)(1). In opposition
to Empire's motion for summary judgment, Plaintiffs only
produced documents responsive to a FOIA request submitted by
Plaintiffs to FEMA. We find these documents are not sufficient
to establish a genuine issue of material fact precluding summary
judgment. Accordingly, Empire's motion for summary judgment is
granted, and all claims asserted by Plaintiffs, Daniel Baldwin
Dunlap and Margaret A. Dunlap, against Defendant, Empire Trading
Group, L.L.C., are dismissed with prejudice.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT